# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>INTEGRATED SYSTEMS IMPROVEMENT SERVICES, INC., ISIS GLOBAL HOLDINGS, INC., ISIS HOLDING, LLC, AND ISIS SERVICES, LLC,<br><br>Debtor. | (Chapter 7 Case)<br><br>(Substantively Consolidated)<br><br>No. 2:20-bk-13162-EPB<br><br>**ORDER APPROVING FINAL APPLICATION TO PAY FEES TO ACCOUNTANT, MENCHACA & COMPANY, LLP** |

This matter having come on for consideration upon the Final Application for Payment of Fees and Costs to Accountant, for accounting services rendered on behalf of Jill H. Ford, Trustee, and after notice and opportunity for objection and no objections having been filed and good cause appearing therefor;

**IT IS HEREBY ORDERED** approving the Application and authorizing Jill H. Ford, Trustee, to pay to Accountant, Menchaca & Company, LLP, the sum of $19,000.00 in fees for services provided to Trustee, provided that payment will not prejudice claimants of equal or higher priority.

**DATED AND SIGNED ABOVE**